UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
ABRAHAM GUILLERMO ROMERO DIAZ and :
ROSA TERESA CANASTUJ, on behalf of :
themselves and all others similarly situated, :
:
                      Plaintiffs, :      **No. 24 Civ. 961**
:
    -against- :
:      **NOTICE OF APPERANCE**
DELUCA'S ITALIAN RESTAURANT, INC. d/b/a :
DELUCA'S ITALIAN RESTAURANT, MASSERIA :
DELUCA'S, INC. d/b/a DELUCA'S TRATTORIA, :
and ROBERT DELUCA, :
:
                      Defendants. :
----------------------------------------------------------------------- X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Kindly enter my appearance as counsel for Plaintiffs. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
         February 7, 2024

                                            PECHMAN LAW GROUP PLLC

                                            By: _____
                                            Gianfranco J. Cuadra (GC-3633)
                                            Pechman Law Group PLLC
                                            488 Madison Avenue, 17th Floor
                                            New York, New York 10022
                                            Tel.: (212) 583-9500
                                            Fax.: (212) 409-8763
                                            cuadra@pechmanlaw.com

                                            *Attorney for Plaintiffs, the*
                                            *putative FLSA Collective,*
                                            *and the putative Rule 23 Class*