UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
ABRAHAM GUILLERMO ROMERO DIAZ and :
ROSA TERESA CANASTUJ, on behalf of :
themselves and all others similarly situated, : **No. 24 Civ. 961 (TAM)**
 :
                Plaintiffs, :
 :
    -against- :
 : **RIDER TO SUMMONS**
DELUCA'S ITALIAN RESTAURANT, INC. d/b/a :
DELUCA'S ITALIAN RESTAURANT, MASSERIA :
DELUCA'S, INC. d/b/a DELUCA'S TRATTORIA, :
and ROBERT DELUCA, :
 :
                Defendants. :
---------------------------------------------------------------------- X

**Defendants' Names and Addresses:**

1. Masseria Deluca's, Inc. d/b/a Deluca's Trattoria
   616 Forest Avenue
   Staten Island, New York 10310

2. Robert Deluca
   c/o Deluca's Italian Restaurant, Inc. d/b/a Deluca's Italian Restaurant
   7324 Amboy Road
   Staten Island, New York 10307