UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ABRAHAM GUILLERMO ROMERO DIAZ and
ROSA TERESA CANASTUJ, on behalf of
themselves and all others similarly situated,

        Plaintiffs,     **No. 24 Civ. 961 (NRM)(TAM)**

   -against-

                **NOTICE OF ACCEPTANCE OF**
DELUCA'S ITALIAN RESTAURANT, INC. d/b/a **OFFER OF JUDGMENT**
DELUCA'S ITALIAN RESTAURANT, MASSERIA
DELUCA'S, INC. d/b/a DELUCA'S TRATTORIA,
and ROBERT DELUCA,

        Defendants.
------------------------------------------------------------------------ X

  **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Abraham Guillermo Romero Diaz, Plaintiff Rosa Teresa Canastuj, Opt-in Plaintiff Rafael Espinoza Navarrete (ECF No. 22), Opt-in Plaintiff Wuilver Iturbide (ECF No. 29), and Opt-In Plaintiff Luis Mizhquiri (ECF No. 31) hereby accept the attached Offer of Judgment of Defendants Deluca's Italian Restaurant, Inc., Masseria Deluca's, Inc., and Robert Deluca dated and served May 20, 2025.

Dated: New York, New York
    May 21, 2025

                PECHMAN LAW GROUP PLLC

                By: _____
                  Louis Pechman, Esq.
                  Gianfranco J. Cuadra, Esq.
                  488 Madison Avenue, 17th Floor
                  New York, New York 10022
                  Tel.: (212) 583–9500
                  pechman@pechmanlaw.com
                  cuadra@pechmanlaw.com
                  *Attorneys for Plaintiffs*

To: Joshua Zuckerberg, Esq.
   Vanessa P. Avello, Esq.
   Pryor Cashman LLP
   7 Times Square
   New York, New York 10036
   Tel.: 212–421–4100
   jzuckerberg@pryorcashman.com
   vavello@pryorcashman.com
   *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ABRAHAM GUILLERMO ROMERO DIAZ and
ROSA TERESA CANASTUJ, on behalf of
themselves and all others similarly situated,

                      Plaintiffs,           **No. 24 Civ. 961 (NRM)(TAM)**

      -against-

                                          **OFFER OF JUDGMENT**

DELUCA'S ITALIAN RESTAURANT, INC. d/b/a
DELUCA'S ITALIAN RESTAURANT, MASSERIA
DELUCA'S, INC. d/b/a DELUCA'S TRATTORIA,
and ROBERT DELUCA,

                      Defendants.
------------------------------------------------------------------- X

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Deluca's Italian Restaurant, Inc., Masseria Deluca's, Inc., and Robert Deluca (together, "Defendants"), by their attorneys at Pryor Cashman LLP, hereby offer to allow judgment to be taken against them jointly and severally in favor of Plaintiff Abraham Guillermo Romero Diaz, Plaintiff Rosa Teresa Canastuj, Opt-in Plaintiff Rafael Espinoza Navarrete (ECF No. 22), Opt-in Plaintiff Wuilver Iturbide (ECF No. 29), and Opt-In Plaintiff Luis Mizhquiri (ECF No. 31) (collectively, "Plaintiffs") in the gross sum of One Hundred Forty-Five Thousand Dollars and Zero Cents ($145,000.00) (the "Payment") in full and final settlement of all of Plaintiffs' claims against Defendants, inclusive of all attorneys' fees, costs, and expenses to the date of this Offer of Judgment, as set forth below.

      If Plaintiffs accept this Offer of Judgment, Defendants shall pay the Payment in four installments by delivering each installment payment amount by check or wire transfer to Plaintiffs' counsel, Pechman Law Group PLLC, as follows:

1) One Hundred Thousand Dollars and Zero Cents ($100,000.00) by July 1, 2025;
2) Fifteen Thousand Dollars and Zero Cents ($15,000.00) by August 1, 2025;
3) Fifteen Thousand Dollars and Zero Cents ($15,000.00) by September 1, 2025; and

  4) Fifteen Thousand Dollars and Zero Cents ($15,000.00) by October 1, 2025.

Pechman Law Group PLLC shall receive and disseminate each payment listed above to Plaintiffs. Plaintiffs agree to file a Satisfaction of Judgment with the Court within seven (7) business days after Pechman Law Group PLLC receives the Payment in full.

  If Defendants make any of the payments late ("Default"), Plaintiffs shall provide written notice ("Notice of Default") by email to Defendants' counsel, Joshua Zuckerberg (jzuckerberg@pryocashman.com) and Vanessa P. Avello (vavello@pryocashman.com). Defendants will have seven (7) business days from their counsel's receipt of any Notice of Default to cure the Default specified therein. If Defendants fail to cure any Default, Plaintiffs will be entitled to enforce the Judgment and any other judgment entered in favor of Plaintiffs to recover the sum of the following amounts from Defendants jointly and severally: (i) all unpaid amounts of the Payment; (ii) post-judgment interest of 9% per annum on all unpaid amounts of the Payment from the date of entry of the Judgment; and (iii) reasonable attorneys' fees and costs incurred in such enforcement.

  Acceptance of this Offer of Judgment will act to release and forever discharge Defendants, including all of their respective successors, predecessors, and parent and affiliated entities, and including all of their and Defendants' past and present owners, board members, managers, officers, directors, employees, attorneys, insurers, reinsurers, agents, heirs, executors, and assigns (together, the "Releasees"), from any and all complaints, causes of action, or claims for relief, of any nature whatsoever, known or unknown from the beginning of the world through the date on which they execute this Offer of Judgment (the "Release"). This Release includes, without limitation, any rights or claims relating in any way to Plaintiffs' employment relationship with any of the Releasees, or the termination thereof, or arising under any statute or regulation, including, but not limited to, any rights or claims Plaintiffs may have under the Age

2

Discrimination in Employment Act (ADEA), which prohibits age discrimination in employment; Title VII of the Civil Rights Act of 1964, as amended, which prohibits discrimination in employment based on race, color, national origin, religion, or sex; the Equal Pay Act, which prohibits paying men and women unequal pay for equal work; the Americans With Disabilities Act (ADA), which prohibits discrimination in employment by reason of disability; the Employee Retirement Income Security Act (ERISA), which protects employees' interests in certain health and retirement benefits; the Family and Medical Leave Act (FMLA), which protects employees' rights to take certain leave periods; the Fair Labor Standards Act (FLSA), which protects employees' wages and regulates hours, including but not limited to, unpaid minimum and overtime wages, the timeliness of wage payments, unpaid tips, hours worked, wages otherwise due, and retaliation against employees for FLSA claims; the Federal Wiretap Act, the Electronic Communications Privacy Act, and the Stored Communications Act, all of which protect privacy; or any other federal, state, or local laws or regulations which govern the workplace, including, without limitation, the New York State Human Rights Law; the New York City Human Rights Laws; the New York Labor Law (NYLL), including, but not limited to, unpaid minimum and overtime wages, unpaid spread-of-hours wages, the timeliness of wage payments, unpaid tips, hours worked, and wages otherwise due, and retaliation for NYLL claims; the New York Aids Testing Confidentiality Act, the New York Equal Pay Law, the New York Persons With Disabilities Law, the Civil Rights Law, the New York Genetic Testing Confidentiality Law, the New York Nondiscrimination Against Genetic Disorders Law, the New York Smokers Rights Law, the New York Equal Rights Law, the New York Discrimination by Employment Agencies Law, the New York Bone Marrow Leave Law, the New York Adoptive Parents Child Care Leave Law, the New York Cancer Victim Bias Law, Article 1, Section 11 of the New York State

3

Constitution, New York Workers' Compensation Law, or any other state, federal or local statute or regulation which may be applicable to Releasees and may legally be released. This Release also includes a release by Plaintiffs of any and all claims for wrongful discharge, defamation, intentional tort, invasion of privacy, and breach of contract, implied or otherwise, and a release by Plaintiffs of any right to be indemnified by Defendants under statute, common law, or Defendants' policy.  This Release includes both claims that Plaintiffs know and may not know about.  Plaintiffs represent that as of the date of their execution of this Offer of Judgment, they have incurred no disability or injury in relation to or as a result of their employment and assert no claim for any form of compensation for such disability, injury or job-related condition. Nothing contained herein shall be deemed a waiver of any rights provided by the National Labor Relations Act (the "NLRA"), or any other right which cannot be waived by law.

Neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as an admission of liability on the part of Defendants of any allegations, assertions, or averments contained in any complaint, letter, or other paper submitted or filed by Plaintiffs; of liability in any respect, including but not limited to Defendants' liability to Plaintiffs of any damages Plaintiffs may have suffered; an admission that Plaintiffs have in fact suffered any damages; or as an admission of the insufficiency of any defense, affirmative or otherwise, that Defendants asserted or could have asserted.

In the event this Offer of Judgment is not entered pursuant to its terms, Defendants retain, reserve, and preserve any and all rights to contest liability and damages in any further proceedings.

Acceptance of this Offer of Judgment will also act to release and discharge each Plaintiff, including his or her representatives, executors, legatees, heirs, agents, insurers,

4

attorneys, and assigns (together, the "Plaintiff Releasees"), from any and all claims that each Defendant has, had, or may have had against any Plaintiff Releasee from the beginning of the world through the date of entry of this Judgment under any applicable law, statute, rule, regulation, common law doctrine, admiralty provision, or otherwise, including but not limited to any actionable events that allegedly transpired at any time during each Plaintiff's employment with Defendants.

      This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and shall be deemed withdrawn unless Plaintiffs serve written notice of acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

Dated: New York, New York
       May 20, 2025

                                      Pryor Cashman LLP

                                      By: _____
                                          Joshua Zuckerberg, Esq.
                                          Vanessa P. Avello, Esq.
                                          Pryor Cashman LLP
                                          7 Times Square
                                          New York, New York 10036
                                          Tel.: 212–421–4100
                                          jzuckerberg@pryorcashman.com
                                          vavello@pryorcashman.com
                                          *Attorneys for Defendants*

To:  Louis Pechman, Esq.
      Gianfranco J. Cuadra, Esq.
      Pechman Law Group PLLC
      488 Madison Avenue, 17th Floor
      New York, New York 10022
      Tel: (212) 583–9500
      pechman@pechmanlaw.com
      cuadra@pechmanlaw.com
      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Gianfranco J. Cuadra, an attorney duly admitted to practice before this Court and member of the Bar of State of New York, declare the following under penalty of perjury:

1. I am counsel to Plaintiffs in the above-captioned action and am over the age of 18, and am not a party to this action.

2. On May 21, 2025, I served Plaintiffs' notice of acceptance of Defendants' Offer of Judgment in the above-captioned action by serving a true and correct copy of it via electronic mail and via the Court's ECF system to:

> Joshua Zuckerberg, Esq.
> Vanessa P. Avello, Esq.
> Pryor Cashman LLP
> 7 Times Square
> New York, New York 10036
> Tel.: 212–421–4100
> jzuckerberg@pryorcashman.com
> vavello@pryorcashman.com
>
> *Attorneys for Defendants*

Dated: New York, New York
May 21, 2025

PECHMAN LAW GROUP PLLC

By: _____
Gianfranco J. Cuadra