UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ABRAHAM GUILLERMO ROMERO DIAZ and
ROSA TERESA CANASTUJ, on behalf of
themselves and all others similarly situated,

                        Plaintiffs,                      JUDGMENT

        -against-                              No. 24 Civ. 961 (NRM)(TAM)

DELUCA'S ITALIAN RESTAURANT, INC. d/b/a
DELUCA'S ITALIAN RESTAURANT, MASSERIA
DELUCA'S, INC. d/b/a DELUCA'S TRATTORIA,
and ROBERT DELUCA,

                        Defendants.
-----------------------------------------------------------------X

     A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 21, 2025; and Plaintiff Abraham Guillermo Romero Diaz, Plaintiff Rosa Teresa Canastuj, Opt-in Plaintiff Rafael Espinoza Navarrete (ECF No. 22), Opt-in Plaintiff Wuilver Iturbide (ECF No. 29), and Opt-In Plaintiff Luis Mizhquiri (ECF No. 31) recover from Defendants Deluca's Italian Restaurant, Inc., Masseria Deluca's, Inc., and Robert Deluca, jointly and severally, the total amount of One Hundred Forty-Five Thousand Dollars and Zero Cents ($145,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 37); it is

     ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Abraham Guillermo Romero Diaz, Plaintiff Rosa Teresa Canastuj, Opt-in Plaintiff Rafael Espinoza Navarrete, Opt-in Plaintiff Wuilver Iturbide, and Opt-In Plaintiff Luis Mizhquiri, against Defendants Deluca's Italian Restaurant, Inc., Masseria Deluca's, Inc., and Robert Deluca, jointly and severally, in the total amount of One Hundred Forty-Five Thousand Dollars and Zero Cents ($145,000.00).

Dated:  Brooklyn, New York                                              Brenna B. Mahoney
         May 22, 2025                                                   Clerk of Court

                                        By:    <u>*/s/Christina Frunzi*</u>
                                                    Deputy Clerk

Case 1:24-cv-00961-NRM-TAM    Document 39    Filed 05/22/25    Page 2 of 2 PageID #: 241