UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ABRAHAM GUILLERMO ROMERO DIAZ and
ROSA TERESA CANASTUJ, on behalf of
themselves and all others similarly situated,

                                    Plaintiffs,                        **No. 24 Civ. 961 (NRM)(TAM)**

        -against-

                                                                **SATISFACTION OF**
DELUCA'S ITALIAN RESTAURANT, INC. d/b/a    **JUDGMENT**
DELUCA'S ITALIAN RESTAURANT, MASSERIA
DELUCA'S, INC. d/b/a DELUCA'S TRATTORIA,
and ROBERT DELUCA,

                                    Defendants.
------------------------------------------------------------------- X

    **WHEREAS**, a judgment was entered in the above action on May 22, 2025 (ECF No. 39), in favor of Plaintiff Abraham Guillermo Romero Diaz, Plaintiff Rosa Teresa Canastuj, Opt-in Plaintiff Rafael Espinoza Navarrete (ECF No. 22), Opt-in Plaintiff Wuilver Iturbide (ECF No. 29), and Opt-In Plaintiff Luis Mizhquiri (ECF No. 31) against Defendants Deluca's Italian Restaurant, Inc., Masseria Deluca's, Inc., and Robert Deluca, jointly and severally, in the total amount of One Hundred Forty-Five Thousand Dollars and Zero Cents ($145,000.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 37); and

    **WHEREAS**, Defendants have paid the judgment in full, and it is certified that there are no executions outstanding with any Sheriff or Marshall or outstanding unpaid interests on the judgment;

Continued on Next Page

**NOW THEREFORE**, the complete satisfaction of judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the judgment on the docket.

Dated: New York, New York
October 6, 2025

PECHMAN LAW GROUP PLLC

By: _____
Louis Pechman, Esq.
Rachell Henriquez, Esq.
488 Madison Avenue, 17th Floor
New York, New York 10022
Tel.: (212) 583–9500
pechman@pechmanlaw.com
henriquez@pechmanlaw.com
*Attorneys for Plaintiffs*

STATE OF NEW YORK  )
                                            )  ss.:
COUNTY OF NEW YORK )

On this 6th day of October 2025 before me personally came Rachell Henriquez, to me known and known to be a member of the firm of Pechman Law Group PLLC, attorneys for Plaintiffs Abraham Guillermo Romero Diaz, Rosa Teresa Canastuj, Rafael Espinoza Navarrete, Wuilver Iturbide, and Luis Mizhquiri in the above-captioned action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

_____
Notary Public

Louis Pechman
Notary Public, State of New York
No. 02PE5079601
Qualified in Nassau County
Commission Expires February 21, 2026